

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. Roscoe Runge
District Attorney
Mason, Texas

Dear Sir:

Opinion No. O-7326

Re: May A & M College hire a District
Field Assistant for Rodent Control
Service who has been convicted of
a felony, to-wit: bigamy, and par-
oled.

We are in receipt of your recent request for an opinion
of this department on the above stated matter. We quote from your
letter of request as follows:

"Will you please advise if a person convicted of
a felony to-wit: bigamy in the State of Utah, who was
paroled but never pardoned, and whose sentence has
been fully served may serve as Senior District Field
Assistant in the Rodent Control Service of A & M Col-
lege of Texas?"

Our research on the law fails to disclose any constitutional
or statutory inhibitions to the employment referred to. A person if
employed by A & M College of Texas under the state of facts suggested
by your letter would be nothing more than a mere employee and, con-
sequently, there is no prohibition in the law against such an employ-
ment.

We, therefore, answer your question in the affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By
Joe McCasland
Assistant

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN

JM:djm